**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MAHASTY KHALILI,                                    )
                                                   )
                          Plaintiff(s),            )        Case No. 2:13-cv-00138-JCM-VCF
                                                   )
vs.                                                )        **ORDER GRANTING MOTION**
                                                   )
CLARK COUNTY DEPT. OF AVIATION,                    )        Docket No. 15
                                                   )
                          Defendant(s).            )
_____)

　　　　Pending before the Court is Defendant's request for an exception to the attendance requirements in the Court's order regarding the Early Neutral Evaluation session. *See* Docket No. 15.  For good cause shown, the Court hereby GRANTS the motion.  Rachel Stern need not appear in person at the Early Neutral Evaluation session so long as she is available throughout the day of the Early Neutral Evaluation session, so that she may be contacted by Defendant's counsel by telephone as requested by the Court.

　　　　IT IS SO ORDERED.

　　　　Dated: June 27, 2013

                                                   _____
                                                   Nancy J. Koppe
                                                   United States Magistrate Judge